GEORGE T. NEWELL, JR., INCORPORATED, APPELLANT, v. WORKMEN'S COMPENSATION BUREAU OF THE STATE OF NEW JERSEY, RESPONDENT.

Submitted October 28, 1932—Decided January 23, 1933.

For the appellant, *Crawford Jamieson.*

For the respondent, *Palmer & Powell.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 10 *N. J. Mis. R.* 405.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ. 11.

*For reversal*—None.